WALKOFF, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Nathaniel Walkoff, as trustee, against Hugh C. Fox and others. W. C. Rosenberg, of New York City, for appellants. M. Cohen, of New York City, for respondent.

PER CURIAM. Determination (153 N. Y. Supp. 27) affirmed, and judgment absolute ordered against the defendants on their stipulation, with costs in all courts, Settle order on

notice. See, also, 90 Misc. Rep. 338, 153 N. Y. Supp. 27; 153 N. Y. Supp. 1149. INGRAHAM, P. J., dissents.